UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEHMINA NISAR, et al.,<br><br>Plaintiff(s),<br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C26-3509-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

The parties have filed a stipulated motion to remand this case to King County Superior Court. Dkt. No. 8. Finding good cause, the Court GRANTS the motion and hereby REMANDS this case to King County Superior Court.

Dated this 3rd day of November, 2026.

Kymberly K. Evanson
United States District Judge